IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Petitioner,

v.

CHARLES D. BUCHANAN, CPA, LLC,

Respondent.                                              No. 10-mc-6-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is a stipulated dismissal filed by both the Petitioner and Respondent Charles D. Buchanan (Doc. 9). The parties seek to dismiss the matter without prejudice. Accordingly, the Court **ACKNOWLEDGES** the stipulation (Doc. 9) and **DISMISSES without prejudice** the suit against Respondent Charles D. Buchanan. The Court will close the file.

      **IT IS SO ORDERED.**

Signed this 3rd day of August, 2010.

/s/     David R. Herndon
**Chief Judge**
**United States District Court**